475 A.2d 159

Commonwealth v. Lewis, Appellant.
Reargument Denied June 5, 1984.
Petition for Allowance of Appeal
Denied Oct. 1, 1984.

Submitted November 18, 1983.    Mitchell S. Strutin, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, HESTER and LIPEZ, JJ.

The order of the distinguished Philadelphia County Common Pleas Court Judge Edward J. Blake is affirmed.